(May 8, 2015)

■ AINSWORTH M. BENNETT, Individually and on Behalf of the Estate of VIRGINIA R. BENNETT, Deceased, Appellant, v ST. JOHN'S HOME et al., Respondents. (Appeal No. 1.) [7 NYS3d 918]— Appeal from an order of the Supreme Court, Monroe County (William P. Polito, J.), entered November 22, 2013. The order granted defendants' motion for summary judgment dismissing the complaint.

It is hereby ordered that said appeal is dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Peradotto, J.P., Carni, Sconiers and Whalen, JJ.